COPY UNITED STETES DISTRICT COURT

DISTYICT OF new Jersey

Title oF Ation

Yor name Leonida LAMberty        05cv227

Plaintiff   Civil Action No.

COMplaiNT

DeFeNdaN(s) J.el Rosemberg

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 JAN 13 P 2:37

parTis

take your (plaintiff name ANd address LeonidesLAMberty

500 No-7th St apt. #1102

CAMdeN n.J. 08102

State name ANd address oF all DeFeNdaNts.

JuRisDiCTioN

A short plaiN stateMeNt oF the grounds upoN which the cort's Jurisdiction depeNdes.

Cause oF ATioN

Make a short plaiN stateMeNt setting Forth the Fact oF your Gases.

I was iNVolved iN a autoMobile accideNt ANd My a HoRNey Joel Rosemberg didNt seHle My case. DemaND State brieFly ExActly what you waNt the cowt to do For

I waNt the cort to take a FiNal step oN My case ANd I waNt to seHle this case ONce ANd For all.

Leonides Lamberty

COPY

Name of Court:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 JAN 13 P 2: 37

Title of Action:

Your Name,   Leonardo Lamberty

05CV227(FLW)

Plaintiff,                    Civil Action No.

(To be supplied by the Court)

-vs-

**COMPLAINT**

The title must include
all defendants,

Defendant(s). Joel Rosenberg

**PARTIES**

State your (Plaintiff) name and address.   Leonardo Lamberty    500 No. 74th St · Apt# 110;
Camden NJ 08102

State names and addresses of all Defendants.

**JURISDICTION**

A short plain statement of the grounds upon which the court's jurisdiction depends.

**CAUSE OF ACTION**

Make a short plain statement setting forth the facts of your case.   and my attorney Joel Rosenberg
I was involved in a automobile accident
didn't settle my case.   **DEMAND**

State briefly exactly what you want the court to do for you.
I want the court to take a final step on my case
as I want to settle this case once and for all.

(Signature of Plaintiff)

**FORMAT FOR A COMPLAINT**

Do not submit this form.  This is to be used as a Guide only.

Leonides Lamberty    856~338~1345

| | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE :   CK        CG        CA |
| | CHG / CK NO. |
| | AMOUNT : |
| | OVERPAYMENT : |
| | BATCH NUMBER : |

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division - Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

**ATTORNEY / PRO SE NAME**
Leonedis Lamberty

**TELEPHONE NUMBER**
(856) 338-1345

**COUNTY OF VENUE**
Camden

**FIRM NAME (If applicable)**
N/A

**DOCKET NUMBER (When available)**
N/A

**OFFICE ADDRESS**
500 N. 7th St. Apt. 1102
Camden NJ 08102

**DOCUMENT TYPE**
Complaint

**JURY DEMAND**   ☒ YES   ☐ NO

**NAME OF PARTY (e.g. John Doe, Plaintiff)**
Leonedis Lamberty, Plaintiff, Pro Se

**CAPTION**
Leonedis Lamberty, Plaintiff Pro Se
vs.
Joel R. Rosenberg, P.C.

*(stamped sideways)* RECEIVED-CLERK U.S. DISTRICT COURT 2005 JAN 13 P 2:31

**CASE TYPE NUMBER** (See reverse side for listing)
607

**IS THIS A PROFESSIONAL MALPRACTICE CASE?**   ☒ YES   ☐ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

**RELATED CASES PENDING?**   ☐ YES   ☒ NO

**IF YES, LIST DOCKET NUMBERS**
N/A

**DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?**   ☒ YES   ☐ NO

**NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN**
☐ NONE   ☒ UNKNOWN

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

A.   DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?   ☒ YES   ☐ NO

IF YES, IS THAT RELATIONSHIP   ☐ EMPLOYER - EMPLOYEE   ☐ FRIEND / NEIGHBOR   ☐ OTHER (explain)   ☐ FAMILIAL   ☒ BUSINESS

B.   DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☒ YES   ☐ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

**DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?**   ☒ YES   ☐ NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: Cannot sit for long period of time.

**WILL AN INTERPRETER BE NEEDED?**   ☒ YES   ☐ NO
IF YES, FOR WHAT LANGUAGE: Spanish

**ATTORNEY SIGNATURE**
*(signature)*   9/23/04

Revised effective 10/1/02





**SIDE 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track 1 — 150 days' discovery**

| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY |
| 502 | BOOK ACCOUNT |
| 503 | COMMERCIAL TRANSACTION |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 599 | CONTRACT |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (SUMMARY ACTION) |

**Track II — 300 days' discovery**

| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 602 | ASSAULT AND BATTERY |
| 603 | AUTO NEGLIGENCE - PERSONAL INJURY |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE - PROPERTY DAMAGE |
| 699 | TORT - OTHER |

**Track III — 450 days' discovery**

| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**

| | |
|---|---|
| 156 | ENVIRONMENTAL COVERAGE LITIGATION |
| 234 | FRT PLYWOOD LITIGATION |
| 245 | ACTIONS UNDER FEDERAL Y2K ACT |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 613 | REPETITIVE STRESS SYNDROME |
| 701 | ACTIONS IN LIEU OF PREROGATIVE WRIT |

**Mass Tort (Track IV)**

| | | | | |
|---|---|---|---|---|
| 240 | DIET DRUG | 601 | ASBESTOS |
| 241 | TOBACCO | 612 | BLOOD-CLOTTING SERUM |
| 243 | LATEX | 702 | LEAD PAINT |
| 246 | REZULIN | | |
| 247 | PROPULSID | | |
| 248 | CIBA GEIGY | | |
| 264 | PPA | | |

999 OTHER (Briefly describe nature of action) _____

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics."

Leonedis Lamberty
Plaintiff's Name
500 N. 7th St. Apt. 1102
Address
Camden, NJ. 08102
City, State, and Zip
(866) 338-1345
Phone Number

Leonedis Lamberty,        : SUPERIOR COURT OF NEW JERSEY
                 Plaintiff : LAW DIVISION OR CHANCERY DIVISION
                           : CAMDEN VICINAGE
                           :
         vs.               : DOCKET NO. _____
                           :
Joel R. Rosenberg,         : CIVIL ACTION
                 Defendant : **COMPLAINT**

The Plaintiff, Leonedis Lamberty, residing at 500 N. 7th St. Apt. 1102
in the City of Camden, State of New Jersey, complaining of defendant, states as follows:

### COUNT 1

1.   On March, 2001, Defendant, Joel R. Rosenberg, agreed to represent me on my accident case of 3-7-01.

2.   Plaintiff is entitled to relief from Defendant under the above facts on the basis of Defendant's inability to properly represent me by reason of I never received monetary compensation for my injuries. Case was never brought to court.

THEREFORE, Plaintiff requests judgment against the Defendant for damages, together with attorney's fees and costs of suit, and any other relief as the Court may deem proper.

### COUNT II

1.   On a second accident (DOA 11-25-02) I suffered permanent injuries and also never received compensation for my injuries. Case never brought to court.

Dated: 9-23-04                    Leonedis Lamberty , Plaintiff

Leonedis Lamberty

Petitioner

500 N. 7th St. Apt. 1102

Address

Camden NJ 08102

City, State & Zip

(856) 338-1345

Phone number

---

Leonedis Lamberty

Plaintiff,

vs.

Joel R. Rosenberg

Defendant.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - CAMDEN VICINAGE

DOCKET NO. _____

Civil Action

CERTIFICATION OF INDIGENCY

I, Leonedis lamberty , of full age do hereby certify as follows:

1.  I am the Plaintiff/Defendant in the above entitled civil action.

2.  My social security number is: 584 - 09 - 4401

3.  I reside at: 500 N. 7th St. Apt. 1102
    Camden NJ 08102

4.  I make this certification in support of my application for waiver of fees
    pursuant to Rule 1:13-2[a].

5.  My net income is $ 600 per month, derived from employment at
    NOT WORKING . I have no other source of income.

6.  A.  Do you pay (rent) or mortgage? **(circle one)**

    1.  How much? $ 149.00

    2.  Do you pay weekly, bi-weekly or (monthly?) **(circle one)**

    B.  Do you receive money from any source? If so:

    1.  Identify or name the source: — N/A

    2.  The amount received: $ —

    3.  Do you receive this amount on a weekly, bi-weekly or monthly
        basis? **(circle one)** N/A

C.    How do you pay your bills such as food, clothing, medical bills?

_____ with the $600.00 / month from SSI _____

_____ and social security _____

6.    The following is a true and complete listing of my assets, to the best of my knowledge, information and belief:

A.    Money in any and all Bank Accounts: _Current have $25.00 in_

B.    Automobile(s): _None_ _acct._

C.    Real Estate: _None_

D.    Insurance with cash value: _—_

E.    Money owed to me: _None_

7.    This certification is made to inform the Court as to my status of indigency and support my application for waiver of fees in the above entitled action pursuant to Rule 1:13-2[a].

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Your signature

Date: _9-23-04_

FILING FEES WAIVED PER R.1:13-2 [a]

Petitioner's Name _Leonedis Lamberty_   SUPERIOR COURT OF NEW JERSEY

Address _500 N. 7th St. Apt. 1102_   LAW DIVISION - CAMDEN COUNTY

City, State & Zip _Camden NJ 08102_   DOCKET NO. L -

Phone number _(856) 338 - 1345_

IN THE MATTER OF THE APPLICATION OF


_Leonedis Lamberty_    CIVIL ACTION
<br>Plaintiff,

   vs.            ORDER

_Joel R. Rosenberg_
<br>Defendant.    WAIVER OF FEES PURSUANT TO
<br>    R.1:13-2[a]


    THIS COURT having examined the affidavit of indigency provided by the plaintiff and the papers attached, and it appearing therefrom that said plaintiff is a person without sufficient means to file this action in Court;

    IT IS on this _____ day of _____, ORDERED pursuant to R.1:13-2 ;[a] the request for waiver of fees and cost is hereby;

                    GRANTED_____

                    DENIED_____


                            _____
<br>                                 J.S.C.

FILING FEES WAIVED PER R.1:13-2 [a]

Petitioner's Name _Leonedis Lamberty_ SUPERIOR COURT OF NEW JERSEY

Address _500 N. 7th St. Apt._ 1102 LAW DIVISION - CAMDEN COUNTY

City, State & Zip _Camden NJ 08102_   DOCKET NO. L -

Phone number _(856) 338 - 1345_

IN THE MATTER OF THE APPLICATION OF

_Leonedis Lamberty_         CIVIL ACTION
                    Plaintiff,

                            ORDER

      vs.

_Joel R. Rosenberg_
                    Defendant.      WAIVER OF FEES PURSUANT TO
                                    R.1:13-2[a]

        THIS COURT having examined the affidavit of indigency provided by the plaintiff and the papers attached, and it appearing therefrom that said plaintiff is a person without sufficient means to file this action in Court;

        IT IS on this _____ day of _____, **ORDERED** pursuant to R.1:13-2 ;[a] the request for waiver of fees and cost is hereby;

                            GRANTED_____
                            DENIED_____


                            _____
                                                J.S.C.

# ATTORNEY ETHICS GRIEVANCE FORM

Please Type Or Print Legibly All Information

A.   GRIEVANT: Mr./Mrs./Miss/Ms. (Circle One)

**Lamberty**                    **Leonides**
LAST NAME                       FIRST                            M

**500   N.   7th  St.   Apt. 1102**
ADDRESS              STREET/P.O. BOX

**Camden            NJ      08102**
CITY              STATE        ZIP                    COUNTY

TELEPHONE:  HOME (**856**) **338-1345**   OFFICE (____) _____

B.   THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:

**Rosenberg,  Joel R.**
LAST NAME (INCLUDE SR., JR., III, ETC.)   FIRST           M

**Rt. 73 and Greentree Rd.  Suite 303    856 988-1888**
OFFICE ADDRESS       STREET/P.O. BOX              PHONE

**Marlton           NJ      08053        Burlington**
CITY              STATE        ZIP                    COUNTY

| | | |
|---|---|---|
| (1) | IS THE SPECIFIC LAWYER COMPLAINED OF YOUR LAWYER? | ✓YES ___NO |
| (2) | IF SO, DOES THIS LAWYER STILL REPRESENT YOU? | ✓YES ___NO |
| (3) | IF NOT, DO YOU HAVE A NEW LAWYER | ___YES ✓NO |
| (4) | IF SO, WHO IS YOUR NEW LAWYER? _____ | |

C.   THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)

| | | | | | |
|---|---|---|---|---|---|
| ___ | Admiral/Maritime | (V) | ___ | International Law | (I) |
| ___ | Adoption/Name Change | (A) | | Juvenile Delinquency (J) | |
| ___ | Bankruptcy/Insolvency/Foreclosure | (B) | ___ | Labor | (L) |
| ___ | Collection | (H) | ___ | Landlord/Tenant | (Q) |
| ___ | Contract | (K) | ✓ | Negligence(Personal Injury) | (N) |
| ___ | Corporation/Partnership Law | (X) | ___ | Property Damage | |
| ___ | Criminal, Quasi-Criminal and | (C) | ___ | Patent/Trademark/Copyright | (P) |
| | Municipal Court | | ___ | Real Estate | (R) |
| ___ | Domestic Relations (Divorce, Support, | (D) | ___ | Small Claims Court | (S) |
| | Custody) | | ___ | Tax | (T) |
| ___ | Estate/Probate | (E) | ___ | Workers Compensation | (W) |
| ___ | Federal Remedies/Civil Rights | (F) | ___ | Other Litigation (specify) | (Y) |
| ___ | Government Agency Problems | (G) | | | |
| | (Local Thru Federal) | | ___ | Other Non-Litigation (specify) | (Z) |
| ___ | Immigration/Naturalization | (M) | | | |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?     ✓YES     ___NO

| |
|---|
| (This Section for Secretary's Use Only) |
| DOCKET NUMBER _____ DATE DOCKETED _____ |

•• COMPLETE BOTH SIDE••••

D.    OTHER RELATED COMPLAINTS OR LITIGATION

(1)   Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal
agency? _____ YES __✓__ NO    If yes, please state:

Name of Agency: _____

Contact Person: _____ Date Filed: _____

Result: _____

(2)   Is the matter you are complaining about the subject of a pending civil law suit? _____ YES __✓__ NO
If yes, give name of Court __Case was never filed with the__
Docket Number: _____ County: _____ court.

E.    NATURE OF GRIEVANCE:     State what the lawyer did or failed to do which may be unethical.  State all relevant
FACTS including dates, times, places and names and addresses of important witnesses.
Attach copies of important letters and documents.

On March 2001, Joel R. Rosenberg agreed to
represent me on my accident case of 3-7-01.
Mr. Rosenberg did not properly represent me and
I never received monetary compensation for
my injuries.
On a 2nd accident, 11-25-02, I suffered
permanent injuries. To date I have not received
compensation and attorney refuses to take my calls.
My case was never brought to court.
(Use Additional Sheets if Necessary)
I cannot speak English and only speak Spanish and

F.    INVESTIGATIVE CONFIDENTIALITY   he takes advantage of this.

Under Supreme Court *Rule 1:20-9(a)*, once you file this grievance form you are REQUIRED thereafter to keep all
communication about this ethical matter CONFIDENTIAL during the investigation until and unless a complaint is issued and served. Only at that
time does confidentiality end and the matter becomes public.  This investigative confidentiality does not prevent you from discussing the facts
underlying your grievance with, or reporting them to, any other person or agency.  However, during the investigation you may not disclose the fact
that you have filed an ethics grievance to persons other than members of the attorney disciplinary system, except to discuss the case with other
witnesses or to consult an attorney.

Date: __9-23-04__        __L.L.__
Signature

PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE
PROCEDURES AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS



PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS



Law Office of
# JOEL R. ROSENBERG, P.C.

ONE GREENTREE CENTRE
ROUTE 73 AND GREENTREE ROAD, SUITE 303
MARLTON, NEW JERSEY 08053
TEL 856 988-1888
FAX 856 596-8443
WWW.ROSENBERGLAWOFFICES.COM

JOEL R. ROSENBERG
ADMITTED TO NJ AND PA BAR

PENNSYLVANIA OFFICE
208 FLORAL VALE BLVD.
YARDLEY, PA 19067
TEL 215 295-6800
BY APPOINTMENT ONLY

June 16, 2003

Mr. Leonides Lamberty
500 N. 7th Street, Apt. 1102
Camden, NJ 08102

RE:     Date of Accident:  11/25/02

Dear Mr. Lamberty:

It is my policy to make every effort to keep you informed of the status of you case.  To that extent, enclosed  please find a copy of the following:

Medical records from Dr. Ronald L. Brody to Dr. Ronald Parente dated 1/20/03, 2/10/03, 12/16/02, 1/6/03, 2/24/03, 4/7/03, 3/24/03

If you have any questions with regard to the same, please do not hesitate to contact me.

Very truly yours,

JOEL R. ROSENBERG

JRR/nmp
Enclosure



law office of

# JOEL R. ROSENBERG, P.C.

ONE GREENTREE CENTRE
ROUTE 73 AND GREENTREE ROAD, SUITE 303
MARLTON, NEW JERSEY 08053
TEL 856 988-1888
FAX 856 596-6443
WWW.ROSENBERGLAWOFFICES.COM

JOEL R. ROSENBERG
ADMITTED TO NJ AND PA BAR

PENNSYLVANIA OFFICE
208 FLORAL VALE BLVD.
YARDLEY, PA 19067
TEL 215 295-6800
BY APPOINTMENT ONLY

January 7, 2003

Mr. Leonedis Lamberty
500 N. 7th Street, Apt. 1102
Camden, NJ 08012

RE:     Lamberty v. Santiago
        D/A: 3/7/01

Dear Mr. Lamberty:

Please be advised that your Examination Under Oath which was scheduled for January 9, 2003 has been cancelled. I attempted to call you, but the phone number we have in your file is disconnected. The examination has been rescheduled for **Friday, February 14, 2003 at 2:00 p.m.** in my office. Please contact my office a few days before this date to confirm same.

Very truly yours,

JOEL S. ROSENBERG

JRR/bad



Law Office of

# JOEL R. ROSENBERG, P.C.

ONE GREENTREE CENTRE
ROUTE 73 AND GREENTREE ROAD, SUITE 303
MARLTON, NEW JERSEY 08053
TEL. 856 988-1888
FAX 856 596-8443
WWW.ROSENBERGLAWOFFICES.COM

JOEL R. ROSENBERG
ADMITTED TO NJ AND PA BAR

PENNSYLVANIA OFFICE
208 FLORAL VALE BLVD.
YARDLEY, PA 19067
TEL. 215 295-0800
BY APPOINTMENT ONLY

March 26, 2003

Mr. Leonides Lamberty
500 N. 7th Street, Apt.1102
Camden, NJ 08102

      RE:    Date of Accident:  11/25/02

Dear Mr. Lamberty:

Pursuant to your request, I have enclosed color photocopies of the photographs taken of your vehicle with regard to the above mentioned accident.

Very truly yours,

JOEL R. ROSENBERG

JRR/bad
Enclosure

## Gary Neil Goldstein, M.D.
Echelon Medical Center, Suite 215
600 Somerdale Road
Voorhees, New Jersey 08043
(856) 795-8884

Plastic and Reconstructive Surgery                    Orthopaedic and Reconstructive Surgery
Surgery of the Hand                                            Surgery of the Foot
Cosmetic Surgery                                                Sports Medicine

December 3, 2001

NEUROELECTRICAL EVALUATION:   12/3/01

PATIENT:  LEONDIS LAMBERTY

PRIMARY PHYSICIAN:

### NEUROELECTRICAL EVALUATION

Neuroelectrical evaluation was performed today bilaterally in the
back and lower extremities.

NERVE CONDUCTION VELOCITIES:

Nerve conduction velocities were performed in the femoral,
peroneal, tibial and sural nerves, bilaterally, with associated
distal motor and sensory latencies.   The results are symmetrical
and within normal limits.

CORE TESTING:

F-waves were performed bilaterally in the back and lower
extremities at both the tibial and peroneal areas.  The results
are symmetrical and within normal limits.

H-reflex was tested bilaterally.  There is attenuation of H-
reflex bilaterally, left more so than right.

NEEDLE EMG:

Needle EMG is performed bilaterally in the back and multiple
lower extremity muscles.  Insertional activity, wave form
analysis, recruitment and interference patterns were checked.
Increase in insertional activity is noted in the S1 innervated
muscles bilaterally.  There are some neuropathic potentials.
There are scattered responses in muscles innervated by other
nerves with no particular pattern.

NEUROELECTRICAL EVALUATION:   12/3/01          PAGE TWO
PATIENT:   LEONDIS LAMBERTY

ELECTRICAL IMPRESSION:

1.    S1 radiculopathy with some nerve root irritation
      at other levels.

GARY NEIL GOLDSTEIN, M.D.
GNG/bmd
120901

NOTE:   Assignment of Benefits/Letter of Protection and Non-
compromise/Release of Medical Records, signed form on file.

FOLLOW-UP CONSULTATION:  12/3/01          PAGE TWO
PATIENT:  LEONDIS LAMBERTY

he actually wakes up at night in pain.  The TENS unit helps and
Tylenol helps, but they are insufficient when these nighttime
flare-ups occur.


GARY NEIL GOLDSTEIN, M.D.
GNG/bmd
120901


NOTE:  Assignment of Benefits/Letter of Protection and Non-
compromise/Release of Medical Records, signed form on file.



Law Office of

# JOEL R. ROSENBERG, P.C.

ONE GREENTREE CENTRE
ROUTE 73 AND GREENTREE ROAD, SUITE 303
MARLTON, NEW JERSEY 08053
TEL 856 988-1888
FAX 856 596-8443
WWW.ROSENBERGLAWOFFICES.COM

JOEL R. ROSENBERG
ADMITTED TO NJ AND PA BAR

PENNSYLVANIA OFFICE
208 FLORAL VALE BLVD.
YARDLEY, PA 19067
TEL 215 295-6800
BY APPOINTMENT ONLY

February 25, 2002

Mr. Leonides Lamberty
500 N. 7th Street
Camden, NJ 08101

Re: D/A: 3/7/01

Dear Mr. Lamberty:

    Enclosed please find a copy of the report of Gary Neil Goldstein, MD dated 1/15/02 with regard to the above-captioned matter. If you have any questions with regard to the same, please do not hesitate to contact me.

    Thank you for your cooperation with regard to this matter.

Very truly yours,

JOEL R. ROSENBERG

JRR/mab
Enc.

*Gary Neil Goldstein, M.D.*

Echelon Medical Center, Suite 213
600 Somerdale Road
Voorhees, New Jersey 08043
(856) 795-8884

Orthopaedic and Reconstructive Surgery
Surgery of the Foot
Sports Medicine

*Plastic and Reconstructive Surgery*
*Surgery of the Hand*
*Cosmetic Surgery*

January 15, 2002

FOLLOW-UP CONSULTATION:  1/15/02

PATIENT:  LEONDIS LAMBERTY

PRIMARY PHYSICIAN:

The patient returns for a follow-up office visit.

CURRENT STATUS:

The patient continues to complain of low back pain and pain in
his neck as well as his knees, left more so than right. He says
that going up and down stairs can be a problem as his knee
catches and locks. This, primarily through a translator. We
have apparently still not gotten authorization for MRI of the low
back and left knee.

PHYSICAL EXAMINATION:

On examination today, there is restriction of motion in the low
back. There is some tightness and soreness in the neck. In the
left knee, there is definite effusion and a reproducible click
medially. There is some effusion in the right knee that is not
as much of a problem.

DISCUSSION:

The patient has now been symptomatic since 3/7/01. A short
course of physical therapy stressing the knees will be
prescribed. With regard to the patient's knee, I think he is
best served with arthroscopic surgery to the left knee. With
regard to the back, it is really difficult to pick the ideal
treatment without MRI. The onus of this is on the carrier. The
patient has gotten fair relief lasting for several weeks after

FOLLOW-UP CONSULTATION:   1/15/02                    PAGE 2
PATIENT:   LEONDIS LAMBERTY


standard injection.   Caudal epidural with rhizotomy might also
buy him some time.   The patient does not want to consider back
surgery.

Risks, benefits, complications, the possibility of mal and non
results, secondary procedures with alternatives and standard
analogies were addressed.   The patient understands and would like
to proceed.   The patient also understands that there is increased
risk because of lack of carrier cooperation, but wants me to
proceed anyway.   He gets some relief from Darvocet-N 100.   A new
script was written.



GARY NEIL GOLDSTEIN, M.D.
GNG/dq
011602


NOTE:   Assignment of Benefits/Letter of Protection and Non-
compromise/Release of Medical Records, signed form on file.

THE COOPER HEALTH SYSTEM
ONE COOPER PLAZA, CAMDEN, NEW JERSEY  08103
(856) 342-2000

RE: Lamberty, Leonides
MRN#00557712

DISCHARGE INSTRUCTIONS: Activity: No driving. No strenuous activity. He was told he could eat a regular diet. Problems or symptoms to report included increasing neck pain, numbness, tingling, or weakness in the arms. Special instructions: Follow up with an orthopaedic doctor for your neck sprain. Must keep neck brace on at all times for the next six weeks. He was given the telephone number for Cooper Orthopaedics. He was reminded not to remove his Aspen collar for any reason until seen by orthopaedics.

Joseph Karam, M.D.

JK/aab
DD: 01/02/2003 10:09:05
DT: 01/04/2003 21:19:51
Job #: 431494
Dictated by Dianna More

Page 2



Law Office of

# JOEL R. ROSENBERG, P.C.

ONE GREENTREE CENTRE
ROUTE 73 AND GREENTREE ROAD, SUITE 305
MARLTON, NEW JERSEY 08053
TEL. 856 988-1888
FAX 856 596-8443
WWW.ROSENBERGLAWOFFICES.COM

JOEL R. ROSENBERG
ADMITTED TO NJ AND PA BAR

PENNSYLVANIA OFFICE
208 FLORAL VALE BLVD.
YARDLEY, PA 19067
TEL 215 295-6800
BY APPOINTMENT ONLY

May 31, 2002

Mr. Leonedis Lamberty
500 N. 7th Street, Apt. 1102
Camden, NJ 08012

**Re:     Date of Accident: March 7, 2001**

Dear Mr. Lamberty:

Enclosed please find a copy of a report from Dr. Gary Goldstein dated April 16, 2002 regarding the above captioned matter. Please feel free to contact my office if you have any questions regarding this matter.

Thank you for your cooperation and prompt attention in this matter.

Very truly yours,

Joel R. Rosenberg, Esquire

JRR/tlf
encl.

## Gary Neil Goldstein, M.D.

Echelon Medical Center, Suite 215
600 Somerdale Road
Voorhees, New Jersey 08043
(856) 795-8884

Plastic and Reconstructive Surgery
Surgery of the Hand
Cosmetic Surgery

Orthopaedic and Reconstructive Surgery
Surgery of the Foot
Sports Medicine

December 3, 2001

NEUROELECTRICAL EVALUATION:   12/3/01

PATIENT:   LEONDIS LAMBERTY

PRIMARY PHYSICIAN:

## NEUROELECTRICAL EVALUATION

Neuroelectrical evaluation was performed today bilaterally in the back and lower extremities.

NERVE CONDUCTION VELOCITIES:

Nerve conduction velocities were performed in the femoral, peroneal, tibial and sural nerves, bilaterally, with associated distal motor and sensory latencies.   The results are symmetrical and within normal limits.

CORE TESTING:

F-waves were performed bilaterally in the back and lower extremities at both the tibial and peroneal areas.   The results are symmetrical and within normal limits.

H-reflex was tested bilaterally.   There is attenuation of H-reflex bilaterally, left more so than right.

NEEDLE EMG:

Needle EMG is performed bilaterally in the back and multiple lower extremity muscles.   Insertional activity, wave form analysis, recruitment and interference patterns were checked. Increase in insertional activity is noted in the S1 innervated muscles bilaterally.   There are some neuropathic potentials. There are scattered responses in muscles innervated by other nerves with no particular pattern.

NEUROELECTRICAL EVALUATION:   12/3/01          PAGE TWO
PATIENT:   LEONDIS LAMBERTY

ELECTRICAL IMPRESSION:

1.    S1 radiculopathy with some nerve root irritation
      at other levels.

GARY NEIL GOLDSTEIN, M.D.
GNG/bmd
120901

NOTE:  Assignment of Benefits/Letter of Protection and Non-
compromise/Release of Medical Records, signed form on file.

FOLLOW-UP CONSULTATION:   12/3/01          PAGE TWO
PATIENT:   LEONDIS LAMBERTY

he actually wakes up at night in pain.  The TENS unit helps and
Tylenol helps, but they are insufficient when these nighttime
flare-ups occur.


GARY NEIL GOLDSTEIN, M.D.
GNG/bmd
120901


NOTE:  Assignment of Benefits/Letter of Protection and Non-
compromise/Release of Medical Records, signed form on file.

PAGE _1_ OF ___

## NEW JERSEY POLICE ACCIDENT REPORT
☑ REPORTABLE  ☐ NON-REPORTABLE

| 43 CASE NUMBER | ACCIDENT OCCURRED ON: | 52 ROAD NAME | 53 ROUTE NO. SUFFIX | 54 MILEPOST |
|---|---|---|---|---|
| 01-03-07-082 | Baird Blvd | | | 2 2 |

44 POLICE DEPARTMENT OF: Camden City  CODE 101
☑ AT INTERSECTION WITH  ☐ FEET  ☐ MILES  ☐ NORTH ☐ EAST  OF: Admiral Wilson Blvd
☐ METERS ☐ Km  ☐ SOUTH ☐ WEST

45 STATION/PRECINCT

55 _____ 56 _____ 57 _____

56 ROAD NAME
RAMP? ☐ NO ☐ YES  FROM: 59 (ROUTE NO.) ☐ NB ☐ EB
☐ SB ☐ WB  TO: 61 (ROUTE NO.) ☐ NB ☐ EB ☐ SB ☐ WB  62  2 3

| 46 DATE OF COLLISION | | | 47 DAY OF WEEK | 48 TIME (USE 2400 HRS.) | 49 MUNICIPALITY CODE | 50 TOTAL KILLED | 51 TOTAL INJURED |
|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | S M Tu (W) Th F S | | | | |
| 0 3 | 0 7 | 0 1 | 1 | 0 3 0 0 | 4 0 8 | | |

63 LATITUDE  64 LONGITUDE  89 INS. CODE  2 3

VEH. NO. 65 POLICY NO.  Unknown  VEH. NO. 88 POLICY NO. 2 2.57A426058  89 INS. CODE 068  3
66 INS. CODE

☐ PARKED ☐ PED ☐ BICYCLIST ☐ RESPONDING TO AN EMERGENCY ☐ HIT & RUN
☐ PARKED ☐ PED ☐ BICYCLIST ☐ RESPONDING TO AN EMERGENCY ☐ HIT & RUN

| 67 DRIVER'S FIRST NAME | INITIAL | LAST NAME | 90 DRIVER'S FIRST NAME | INITIAL | LAST NAME |
|---|---|---|---|---|---|
| Unknown | | | Leonides | | Lamberty  1 3 |

68 NUMBER AND STREET  91 NUMBER AND STREET 500 N 7th St.  7

| 69 CITY | STATE | ZIP | EXPIRES | 92 CITY | STATE | ZIP | EXPIRES |
|---|---|---|---|---|---|---|---|
| | | | | Camden | N.J | 08102 | 02/02  3 |

| 70 DRIVER'S LICENSE NUMBER | 71 STATE | 72 DOB MO. DAY YR. | 73 EYES | 74 SEX | 93 DRIVER'S LICENSE NUMBER | 94 STATE | 95 DOB MO. DAY YR. | 96 EYES | 97 SEX |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | L0340 45900 08492 | N.J | 8 12 049 | BRN | M  1  3 |

| 75 OWNER'S FIRST NAME | INITIAL | LAST NAME | 98 OWNER'S FIRST NAME | INITIAL | LAST NAME |
|---|---|---|---|---|---|
| ☐ SAME AS DRIVER  Angel | | Santiago | ☑ SAME AS DRIVER | | |

76 NUMBER AND STREET 1221 Westbutler  99 NUMBER AND STREET  0 1

| 77 CITY | STATE | ZIP | EXPIRES | 100 CITY | STATE | ZIP | EXPIRES |
|---|---|---|---|---|---|---|---|
| Phila | P.A | | 12-2001 | | | | 2/02  0 1 8 |

| 78 MAKE AND MODEL | COLOR | 79 YEAR | 80 PLATE NO. | 81 STATE | 101 MAKE AND MODEL | COLOR | 102 YEAR | 103 PLATE NO. | 104 STATE |
|---|---|---|---|---|---|---|---|---|---|
| Buick | | 88 | DWS-4165 | P.A | Dodge Shadow | | | NW-878G | N.J |

82 VIN NUMBER 2G4WB14W1J1510075  105 VIN NUMBER 5 1B3CP44J1KN516278

| 83 VEHICLE REMOVED TO | 84 AUTHORITY | 106 VEHICLE REMOVED TO | 107 AUTHORITY |
|---|---|---|---|
| Vehicle Fled Scene | ☐ TOWED ☐ DRIVEN  1 OWNER 2 DRIVER 3 POLICE | Driven Away | ☐ TOWED ☑ DRIVEN  1 OWNER (2) DRIVER 3 POLICE  1 |

CLOCKPOINT DIAGRAM
18 ROOF  14 UNDERCARRIAGE  15 OVERTURNED  16 TOTALLED  17 NONE  18 OTHER •

67 ACCIDENT DIAGRAM  ⊙ INDICATE NORTH

Admiral Wilson On Ramp

◁Veh #1  ◁Veh #2

Baird Blvd

85 AREAS DAMAGED
INITIAL IMPACT | PRINCIPAL IMPACT
VEH. 1  1 0 | 6
VEH. 2  1 2 | 1 2

86 POSTED SPEED  2 5

108 ALCOHOL DATA
DRIV. 1  ☐ NO ☐ YES ☐ REFUSED  TEST GIVEN ☐ BREATH ☐ BLOOD ☐ URINE  RESULTS 0.__%
DRIV. 2  ☐ NO ☐ YES ☐ REFUSED  TEST GIVEN ☐ BREATH ☐ BLOOD ☐ URINE  RESULTS 0.__%
PED.  ☐ NO ☐ YES ☐ REFUSED  TEST GIVEN ☐ BREATH ☐ BLOOD ☐ URINE  RESULTS 0.__%

109 HAZARDOUS MATERIAL  PLACARD NUMBER
ON BOARD  SPILL
V1 ☐ ☐
V2 ☐ ☐

110 USDOT CARRIER NO.
V1
V2

111 ICC CARRIER NO.
V1
V2

112 VEHICLE WEIGHT (GVW) V1 _____ lbs. V2 _____ lbs.

113 CARRIER NAME  V1 _____ V2 _____

114 ACCIDENT DESCRIPTION
Driver of Vehicle #2 - Reports he was driving on Baird Blvd, just past the Admiral Wilson Blvd On Ramp, when Driver of Vehicle #1 was having an argument with a vehicle which pulled up next to him. Driver of vehicle #1, then jammed on his brakes causing Veh #2 to rearend Veh #1. Veh #1 - fled the scene of the Accident.
Driver #1 - Provided the above listed P.A. Tag. Tag came back to above listed Information.

NUMBER OF VEHICLES  2

115 DAMAGE TO OTHER PROPERTY  0 2

| OPER. | 116 CHARGE | SUMMONS NUMBER | OPER. | 117 CHARGE | SUMMONS NUMBER |
|---|---|---|---|---|---|
| | | | | | |

119 OFFICER'S SIGNATURE  Ofc. Luis A. Ruiz
119 BADGE NUMBER 1103
120 REVIEWED BY BADGE NUMBER 703
121 STATUS ☑ PENDING ☐ COMPLETE

NAMES & ADDRESSES OF OCCUPANTS-IF DECEASED DATE & TIME OF DEATH

| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | — | 1 | | M | — | — | | | | Driver - Vehicle #1 - Unknown |
| 2 | 1 | | | 1 | 52 | M | — | 9 | 0 4 | 0 H | — | Driver - Vehicle #2 |

THE COOPER HEALTH SYSTEM
ONE COOPER PLAZA, CAMDEN, NJ  08103
(856) 342-2000
### DISCHARGE SUMMARY

PATIENT NAME: Lamberty, Leonides          MRN#00557712  -0309

ADMISSION DATE: 11/25/02                  DISCHARGE DATE: 11/26/02

ATTENDING PHYSICIAN: Joseph Karam, M.D.

HISTORY OF PRESENT ILLNESS: This is a 53-year-old patient restrained driver in a motor vehicle crash. The patient was complaining of head, neck, and anterior chest wall pain. Complained of tachypnea on arrival to trauma admitting. Denied abdominal pain. Does complain of some back pain. There was no reported loss of consciousness. Some question about amnesia due to a language barrier.

PAST MEDICAL HISTORY: Significant for anxiety and left lower extremity injury of some type.

MEDICATIONS: The patient takes Celexa.

SOCIAL HISTORY: Admits to tobacco and alcohol use. Denies illicit drugs.

FAMILY HISTORY: Negative.

PHYSICAL EXAMINATION: Showed he was a well-developed, well-nourished Hispanic male in moderate distress. Some hyperventilation. Vital signs were stable. No evidence of head or facial trauma. Pupils, equal and reactive to light. Tympanic membranes were clear. Neck showed some midline tenderness. Collar was in place. Anterior chest wall tenderness to palpation. Positive breath sounds bilaterally. Heart: Regular rhythm and rate. Abdomen: Soft, nontender, nondistended. Good bowel sounds. Pelvis was stable. Extremities: No obvious deformity or abrasion. He had some lower lumbar midline tenderness of the spine. Neurologically, he was awake, alert, and oriented with Glasgow Coma Scale of 15 with no focal deficits.

LABORATORY DATA: Within normal limits except for an elevated sodium of 150. Chest x-ray, cervical spine to C7, pelvic x-ray, thoracic, and lumbar spine films were all negative. CT Scan of the head was negative. CT Scan of the abdomen and pelvis showed no visceral injury. CT Scan of the cervical spine was also negative.

IMPRESSION: Chest wall contusion, back strain, neck strain.

HOSPITAL COURSE: The patient was admitted to the floor for pain control. The following day, the patient was afebrile. Vital signs were stable. Extremities were within normal limits. He was tolerating his diet and discharged to home.

DISCHARGE DIAGNOSIS: Chest wall contusion and neck sprain.

DISCHARGE MEDICATION: He was given a prescription for Percocet and told to take one to two tablets every 4 hours as needed for pain and Motrin 600 mg one pill three times a day for one day and then as needed.