UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEONARD LAMBERTY,

          Plaintiff,

  v.

JOEL ROSENBERG,

          Defendant.

HON. JEROME B. SIMANDLE

Civil No. 05-227 (JBS)

**ORDER**

    This matter having come before the Court on the motion of Plaintiff pro se, Leonard Lamberty, to reopen his case [Docket Item 4]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this **31st** day of **March, 2008** hereby

    ORDERED that the motion to reopen shall be and hereby is **DENIED.**

                                  **s/ Jerome B. Simandle**
                                  JEROME B. SIMANDLE
                                  UNITED STATES DISTRICT JUDGE